JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 643 -- In re Volkswagen Rabbit Lubrication Systems Warranty Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 85/04/22 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-C, AND CERT. OF SERVICE -- Volkswagen of America, Inc. -- SUGGESTED TRANSFEREE DISTRICT: W.D. NEW YORK; SUGGESTED TRANSFEREE JUDGE: MICHAEL A. TELESCA (cds) |
| 85/05/02 | | APPEARANCE: BEVERLY C. MOORE, JR. for Irwin Abraham, et al. and Hugh Deadwyler, et al., DANIEL V. GSOVSKI, ESQ. for Volkswagen of America, Inc. (rh) |
| 85/05/08 | 2 | RESPONSE/BRIEF -- Pltf. Irwin Abraham, et al. and Hugh Deadwyler -- w/cert. of svc. (rh) |
| 85/05/14 | 3 | REPLY -- defts. Volkswagen of America, Inc. -- w/cert. of svc. (rh) |
| 85/05/16 | 4 | SUBSTITUTE PAGE 7 -- For Pleading No. 3 (dated 5/15/85) (rh) |
| 85/06/10 | | HEARING ORDER: Setting motion of Volkswagen of America, Inc. for transfer of action for Panel hearing in Boston, Mass. on July 11, 1985 (cds) |
| 85/07/05 | 5 | DISMISSAL ORDER -- dismissing A-1 Irwin Abraham, et al. v. Valkswagen, W.D.N.Y., C.A. No. 83-0196T -- order date 6/25/85 -- signed by Hon. Michael A. Telesca. |
| 85/07/05 | | ORDER DENYING MOTION AS MOOT AND VACATING HEARING ORDER -- notified involved clerks, judges and counsel. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 643 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Volkswagen Rabbit Lubrication Systems Warranty Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/5/85 | Denied | Unpublished | | | |

Special Transferee Information

DATE CLOSED: July 5, 1985

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 643 -- In re Volkswagen Rabbit Lubrication Systems Warranty Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Irwin Abraham, et al. v. Volkswagen of America, Inc. | W.D.N.Y. Telesca | 83-0196T | | | 6/26/85 D | |
| A-2 | Hugh Deadwyler, et al. v. Volkswagen of America, Inc., et al. | W.D.N.C. McMillin | ST-C-85-38 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 643 -- In re Volkswagen Rabbit Lubrication Systems Warranty Litigation

|  |  |
|---|---|
| IRWIN ABRAHAM, ET AL. (A-1)<br>HUGH DEADWYLER, ET AL. (A-2)<br>Beverly C. Moore, Jr., Esquire<br>4900 Massachusetts Avenue, N.W.<br>Suite 205<br>Washington, D.C.  20016<br><br>VOLKSWAGEN OF AMERICA, INC.<br>VOLKSWAGENWERK, A.G.<br>Daniel V. Gsovski, Esquire<br>Herzfeld & Rubin<br>40 Wall Street<br>New York, New York  10005 |  |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 643 -- In re Volkswagen Rabbit Lubrication Systems Warranty Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Volkswagen of America, Inc. | A-1, A-2 |
| Volkswagenwerk, A.G. | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |