JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL -5 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 643

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VOLKSWAGEN RABBIT LUBRICATION SYSTEMS WARRANTY LITIGATION

ORDER DENYING MOTION AS MOOT
AND
VACATING HEARING ORDER

On April 22, 1985, a defendant in this docket moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring one action pending in the Western District of North Carolina to the Western District of New York for coordinated or consolidated pretrial proceedings with the action pending there. On June 25, 1985, the New York action was dismissed without prejudice.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed June 10, 1985 and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

## SCHEDULE A

<u>MDL-643</u> -- <u>In re Volkswagen Rabbit Lubrication Systems Warranty Litigation</u>

<u>Western District of North Carolina</u>

<u>Hugh Deadwyler, et al. v. Volkswagen of America, Inc., et al.</u>, C.A. No. ST-C-85-38

<u>Western District of New York</u>

<u>Irwin Abraham, et al. v. Volkswagen of America, Inc.</u>, C.A. No. 83-0196T